ACCEPTED
03-15-00316-CR
7967115
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/24/2015 11:04:20 AM
JEFFREY D. KYLE
CLERK

## No. 03-15-00316-CR

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/24/2015 11:04:20 AM
JEFFREY D. KYLE
Clerk

In The Court Of Appeals
For The Third Court Of Appeals District
Austin, Texas

**Heather Lauren Richards,**
*Appellant,*
**v.**
**The State of Texas,**
*Appellee.*

ON APPEAL FROM THE 433rd DISTRICT COURT, COMAL
COUNTY, TEXAS- TRIAL COURT CAUSE NO. CR2014-091

**APPELLANT'S SECOND MOTION TO EXTEND TIME TO
FILE APPELLANT'S BRIEF**

Amanda Erwin
State Bar No. 24042939
109 East Hopkins Street, Suite 200
San Marcos, Texas 78666
Telephone: (512) 938-1800
Telecopier: (512) 938-1804
Amanda@theerwinlawfirm.com

*Counsel for Heather Lauren Richards*

## Identity of Parties and Counsel

**Appellant's Appellate Counsel:**

Amanda Erwin
The Erwin Law Firm, L.L.P.
109 East Hopkins Street, Suite 200
San Marcos, Texas 78666
Telephone: (512) 938-1800
Telecopier: (512) 938-1804


**Appellee:**

Joshua Presley
Comal County District Attorney's Office
150 N. Seguin Ave, Ste 307
New Braunfels, Texas 78130
Preslj@co.comal.tx.us

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to TEX. R. APP. P. 10.5 and 38.6(d), the Appellant, Alejandro Munoz, files this Second Motion to Extend Time to File Appellant's Brief.

The Appellant's opening brief is currently due on **November 24, 2015**.

Counsel for Appellant, Heather Richards, requests a 15-day extension of time to file Appellant's brief, making the brief due on **December 9, 2015**. This is the second request for extension of time to file the opening brief.

Counsel for Appellant relies on the following reasons, in addition to the routine matters that counsel must attend to in daily practice, to explain the need for the requested extension:

1) State's Exhibit Number 70, contained in the Appellate Record, is not the recording that was admitted at trial, but is State's Exhibit 71, a recording that was suppressed by the trial court. The Comal County District Clerk has the correct Sate's Exhibit 70, as counsel for Appellant has reviewed such. Counsel for Appellant has contacted the State and the State has requested time to investigate the error, and agrees to this Motion.

Counsel for Appellant seeks this extension of time to be able to prepare a cogent and succinct brief to aid this Court in its analysis of the issues presented. This request is not sought for delay but so that justice may be

done,

All facts recited in this motion are within the personal knowledge of the counsel signing this motion; therefore no verification is necessary under Texas Rule of Appellate Procedure 10.2.

## PRAYER FOR RELIEF

For the reasons set forth above, Appellant respectfully requests that this Court grant this Second Motion to Extend Time to File Appellant's Brief and extend the deadline for filing the Appellant's Brief up to **December 9, 2015**. Appellant requests all other relief to which Appellant may be entitled.

Respectfully Submitted,

/s/ Amanda Erwin
Amanda Erwin
The Erwin Law Firm, L.L.P.
109 East Hopkins Street, Suite 200
San Marcos, Texas 78666
Telephone: (512) 938-1800
Telecopier: (512) 938-1804
Attorney for Appellant

## CERTIFICATE OF SERVICE

Pursuant to TEX. R. APP. P. 9.5, I certify that of September 18, 2012, a copy of this motion was served via through electronic service, to the following:

Joshua Presley
Comal County District Attorney's Office
150 N. Seguin Ave, Ste 307
New Braunfels, Texas 78130
Preslj@co.comal.tx.us


/s/ Amanda Erwin
Amanda Erwin